# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUNICIPAL REVENUE SERVICES | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 06-4749 |
| JOHN P. MCBLAIN, Individually and in his official capacity as Vice President of Aldan Borough, and ALDAN BOROUGH | : | |
| Defendants. | : | |

## O R D E R

**AND NOW** this 5th day of February 2010, upon review of Defendants' Petition for Counsel Fees (With Incorporated Memorandum of Law) (Document No. 63, Filed Aug. 18, 2008), Plaintiff's Response to Defendant's Petition for Counsel Fees (Document No. 75, filed Nov. 5, 2009), and Defendants' Reply to Plaintiff's Response to Defendants' Petition for Counsel Fees (Document No. 76, filed Nov. 10, 2009), for the reasons stated in the Memorandum dated February 5, 2010, **IT IS ORDERED** that Defendants' Petition for Counsel Fees (With Incorporated Memorandum of Law) (Document No. 63, Filed Aug. 18, 2008) is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**